

FILED
JAMES J. VILT, JR. - CLERK
APR 12 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Rev. 10/10

# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Taylor Hudson
_____

(Full name of the Plaintiff(s) in this action)

v.

Warren County Regional Jail
Stephen Harmon
Southern Health Partners
Jana Marple
_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 1:21-CV-58
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Taylor Hudson

Place of Confinement: Warren County Regional Jail

Address: 920 Kentucky St. Bowling Green, Ky. 42101

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Warren County Regional Jail__ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

(2) Defendant __Stephen Harmon__ is employed as __Jailer__ at __Warren County Regional Jail__.

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

(3) Defendant __Southern Health Partners__ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

(4) Defendant __Jana Marple__ is employed as __Head Nurse__ at __W.C.R.J. through Southern Health Partners__.

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

II. **PREVIOUS LAWSUITS**

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

8

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

My name is Taylor Hudson and I am incarcerated and am housed in the Warren County Regional Jail located in BowlingGreen, Ky. I was arrested in June 2020 and at the time of my arrest I was in good health. Then while being incarcerated and housed in the Warren County Regional Jail there has been several of the correctional officers working at the jail to test positive for COVID-19 and those correctional officers came in and out of every cell in the jail spreading the virus to the inmates. When the cell I am housed in was tested myself and other inmates in the cell tested positive while there was other inmates in the cell who tested negative. After giving us our COVID-19 test results they never seperated the inmates who tested positive from the inmates who tested negative. Since I tested positive the medical staff has not came back to the cell I am housed in to check me or any other inmate for any symtoms. Myself along with other inmates in the cell has put in medical

4

**III. STATEMENT OF CLAIM(S) continued**

requests to be seen for symtoms due to the COVID-19 but to this date the medical staff has still not seen myself or any other inmate who tested positive for the virus. Myself along with other inmates see on the news everyday of how serious and how deadly this virus is but yet the jail staff and the medical staff here at the Warren County Regional Jail acts like this virus is not serious and is refusing us inmates treatment that we need and deserve for this virus, so therefore they are putting my life at risk.

IV.  RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓  award money damages in the amount of $ 5,000,000

___ grant injunctive relief by_____

___ award punitive damages in the amount of $_____

___ other: _____

V.  DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This ___ day of _____, 20__.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6

11




Taylor Hudson
920 Kentucky St.
Bowling Green, Ky 42101

12

WARREN COUNTY
UNCENSORED
INMATE MAIL

United States District Court
Western District of Kentucky
241 East Main St., Suite 120
Bowling Green, Ky. 42101-2175

UNITED STATES POSTAGE
PITNEY BOWES
02 1P   $ 000.51⁰
0004746857  APR 08 2021
MAILED FROM ZIP CODE 42101

RECEIVED
JAMES J. VILT, JR. - CLERK
APR 12 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY