UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

**TAYLOR HUDSON**                                                                                                **PLAINTIFF**

**v.**                                                                                       **CIVIL ACTION NO. 1:21-CV-P58-GNS**

**WARREN COUNTY REGIONAL JAIL** *et al.*                                                           **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED without prejudice** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

All pending motions are **DENIED as moot**.

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal *in forma pauperis* would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: July 18, 2022

Greg N. Stivers, Chief Judge
United States District Court

cc:   Plaintiff, *pro se*
      Counsel of Record
4416.011